UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| Bankruptcy Administrator, | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| JORDAN MAX DENNING, | ) | No. 7:11-CV-73-D |
| Appellee. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** this case is not equitably moot and Country Boys is not a statutory or non-statutory insider of Denning. Accordingly, the judgment of the bankruptcy court is AFFIRMED.

**This judgment filed and entered on March 6, 2012, and served on:**

Brian Charles Behr  (via CM/ECF Notice of Electronic Filing)
Laurie B. Biggs (via CM/ECF Notice of Electronic Filing)
Trawick H. Stubbs, Jr.  (via CM/ECF Notice of Electronic Filing)

March 6, 2012                                /s/ Julie A. Richards,
                                              Clerk of Court